**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2012 DEC -3 PM 1:03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RUBEN LOPEZ (1),

        Defendant.

CASE NO. 12CR3278-JLS

BY _____kem_____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

    31 USC §5332(a) & (b) Bulk cash smuggling; 31 USC §5316(a)(1) & 5324 ( c) & (d) Failure to file reports on exporting monetary instruments; 31 USC §5317( c) & 5332(b)(2) Criminal Forfeiture.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:

                                HONORABLE JANIS L. SAMMARTINO
                                UNITED STATES DISTRICT JUDGE